UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO, | No. 2:18-cv-3118 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| COLUSA COUNTY, et al., | |
| Defendants. | |

On July 24, 2019, the court dismissed plaintiff's complaint with leave to amend. Plaintiff does not wish to amend, instead he wants the case closed. Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: August 23, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
azev3118.dis